AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA  Josh A. Davison)                    USAO CW No. 26-096

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Heytor Borges Santos | ) | Case No.  26-mj-1371 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 14, 2026 _____ in the county of _____ Philadelphia _____ in the _____ Eastern _____ District of _____ Pennsylvania _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1306(b) | Failure of Alien to Notify Change of Address |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Alec Brown
_____
*Complainant's signature*

Alec Brown, Deportation Officer ICE
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 7/15/2026 _____

/s/ Jose R. Arteaga, USMJ
_____
*Judge's signature*

City and state: _____ Philadelphia, Pennsylvania _____

Honorable Jose R. Arteaga, US Magistrate Judge
_____
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

1.    I, Alec Brown, am a Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS").  I have served as a Deportation Officer with ICE since March 2020.  As a Deportation Officer, I conduct investigations related to violations of the Immigration and Nationality Act ("INA").  I am currently assigned to the ICE Enforcement and Removal Operations ("ERO") Field Office in Philadelphia, Pennsylvania, and my duties include investigating violations of Title 8 of the United States Code ("U.S.C"), to include violations of immigration offenses.

2.    I have prepared this affidavit in support of a criminal complaint against Heytor BORGES SANTOS  because, as set forth more fully below, there is probable cause to believe that BORGES SANTOS, an alien, that is, an individual who is not a United States citizen or national, was required to notify the Attorney General or DHS in writing of each change of address and new address within ten days from the date of such change, and failed to do so, in violation of Title 8, United States Code, Sections 1305(a) and 1306(b). I base this conclusion on information that I have obtained from my personal observations, witness interviews, my training and experience, review of documentary evidence, and information provided to me by other members of the investigation.  Because this affidavit is submitted only for the limited purpose of

establishing probable cause for a criminal complaint and arrest warrant, it does not include all information known to the government as a result of the investigation.

**PROBABLE CAUSE**

1.      I know that ICE maintains a file on all aliens encountered by ICE. This file, known as the Alien File ("A-File"), contains documentation relating to the alien, including his/her photograph, applications for relief, immigration court records, fingerprints, documents reflecting criminal history, documents reflecting the country of citizenship, and other documents related to the lawful or unlawful status of the non-citizen in the United States. Each non-citizen is assigned an identification number, referred to as the Alien Number.

2.      A search of ICE databases revealed that BORGES SANTOS has been assigned Alien Number 245 756 792. Upon reviewing his A-file, I learned the following concerning BORGES SANTOS's immigration history contained in paragraphs 3-10.

3.      On January 23, 2024, BORGES SANTOS entered the United States and was encountered by United States Border Patrol ("USBP") in the Border Patrol San Diego Sector in San Diego, California. BORGES SANTOS was interviewed by USBP, and a written Record of Deportable/Inadmissible Alien (Form I-213) was executed by USBP. BORGES SANTOS admitted to being a citizen and national of Brazil without the necessary legal documents to enter, pass through, or remain in the United States, and to having illegally crossed the international border into the United States without being inspected by an immigration officer at a designated port of entry.

4.      Additionally, on January 23, 2024, a Border Patrol Agent served BORGES SANTOS with a Form I-862, Notice to Appear ("NTA") and released him from administrative custody, ordering him to appear in immigration court, before the U.S. Department of Justice, Executive Order for Immigration Review ("EOIR") on November 22, 2024.  The NTA charged BORGES SANTOS with being subject to removal from the United States. This form was also signed by a Border Patrol Agent on the same date certifying the form was read and explained in Portuguese to BORGES SANTOS.

5.      On January 23, 2024, a Border Patrol Agent served BORGES SANTOS with a Form I-220A, Order of Release on Recognizance, which stated in writing that BORGES SANTOS was being released from DHS custody under the conditions that were stated on the Order of Release on Recognizance. Service of this form was acknowledged by BORGES SANTOS's signature on January 23, 2024. This document, signed by BORGES SANTOS, detailed his rights in immigration proceedings. BORGES SANTOS acknowledged in writing the requirement of notifying the immigration court of any address change.

6.      The NTA contained written warnings to BORGES SANTOS of certain rules and regulations pertaining to his immigration court proceedings. This form noted that all its contents were translated by a Border Parol Agent in Portuguese, which is BORGES SANTOS's native language. The form explained the consequences for failing to appear for immigration court and for the failure to notify of an address change. This form also specifically stated that BORGES SANTOS was required to notify ICE and EOIR of any address corrections or address changes. BORGES SANTOS reported that he intended to reside at 414 Village Circle, Novato, California 94947. On January 23, 2024, BORGES SANTOS signed and dated this form to certify that he understood and would adhere to these requirements.

7.      On November 22, 2024, BORGES SANTOS appeared in the San Fransico, California immigration court virtually via Webex and an immigration judge granted his

Motion to Change Venue to Orlando, Florida. BORGES SANTOS provided an updated address of 8319 Zenith Circle, Jacksonville, Florida 32256.

8.      On January 26, 2026, an INTERPOL Red Notice was issued for BORGES SANTOS by Brazil for a drug trafficking conviction in which he was sentenced to ten years' imprisonment, but had not yet served.

9.      On June 28, 2026, I became aware of BORGES SANTOS residing in the Philadelphia area based on a lead from the Jacksonville, Florida ICE office. The field office noted that he was the subject of an active INTERPOL Red Notice and vehicles registered to BORGES SANTOS were being located by license plate readers in the Philadelphia area. A 2016 Black Dodge Ram (FL: RVYN67) and a 2011 Black Jeep (FL: RTII13) both bearing Florida license plates were registered to BORGES SANTOS' expired Florida driver's license number S532-322-00-470-0. Subsequent investigation determined that the subject also possessed an active New Jersey driver's license number, S04903306212002. A 2014 Red Chrysler Town and Country (NJ: E94WSH) and a 2018 Dodge Grand Caravan (NJ: U36YCC) were identified as vehicles registered to the subject as well.  INTERPOL, immigration, and public record databases were utilized to identify that BORGES SANTOS was suspected of residing at 3302 Shelmire Avenue, Philadelphia, PA 19136. A search of his name and date of birth in these databases yielded a match to the address associated with the location and the vicinity to where the license plate readers were detecting his vehicles. On the same day, officers conducted visual surveillance at 3302 Shelmire Avenue, Philadelphia, PA 19136. All four vehicles were observed at or near 3302 Shelmire Avenue. BORGES SANTOS was also observed working on one of the vehicles registered to his expired Florida driver's license in the rear driveway of the address. The subject was identified from approximately 10 yards away in the daylight. ICE and INTERPOL photographs were used to confirm the identification, including a distinctive tattoo on the right side of his neck, which was on the neck of the subject observed during surveillance.

10.     On June 29, 2026, I conducted additional visual surveillance at 3302 Shelmire Avenue, Philadelphia, PA 19136, and on the vehicles identified during prior investigation. At approximately 6:50 a.m., BORGES SANTOS was observed exiting the residence and entering a black Dodge Ram bearing Florida license plate RVY N67, registered to the subject. The subject's distinctive tattoo on the right side of his neck, as well as his height and weight, matched the descriptions provided in the INTERPOL Red Notice and ICE records.

11.     On July 14, 2026, I conducted additional visual surveillance at 3302 Shelmire Avenue, Philadelphia, PA 19136 between approximately 5:30 and 7:30 a.m. I once again observed all four vehicles in the vicinity registered to BORGES SANTOS.

**<u>CONCLUSION</u>**

Based on all of the foregoing, I respectfully submit that the facts set forth in this Affidavit demonstrate that there is probable cause to conclude that Heytor BORGES SANTOS, a non-United States citizen, did not notify DHS and/or EOIR in writing of each change of address and new address within ten days of moving, in violation  8 U.S.C. §§ 1305(a) and 1306(b). I therefore respectfully ask that the Court issue a warrant ordering his arrest for such offense.

/s/Alec Brown
Alec Brown
Deportation Officer
Immigration and Customs Enforcement

Subscribed to and sworn to me by
telephone in accordance with Fed R. Crim.
P. 4.1 this 15th day of July 2026.

/s/ Jose R. Arteaga, USMJ
HONORABLE   JOSE   R.   ARTEAGA
United States Magistrate Judge